**Dismissed and Opinion Filed December 9, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00597-CV**

**JUAN CASTAÑEDA, Appellant**
**V.**
**XIOMARA B. FLORES, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-08394-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Miskel, and Justice Breedlove
Opinion by Justice Breedlove

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by November 3, 2024. By postcard dated November 5, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).


/Maricela Breedlove/

MARICELA BREEDLOVE
JUSTICE

240597f.p05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JUAN CASTAÑEDA, Appellant

No. 05-24-00597-CV        V.

XIOMARA B. FLORES, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas Trial Court Cause No. CC-23-08394-E.

Opinion delivered by Justice Breedlove. Chief Justice Burns and Justice Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 9th day of December, 2024.